```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NATHANIEL SYVILLE,

Defendant.

No. 21-CR-765

ORDER

RONNIE ABRAMS, United States District Judge:

In light of defense counsel's scheduling conflict, the conference scheduled for April 15, 2022 is rescheduled to April 19, 2022 at 10:30 a.m.

SO ORDERED.

Dated:   April 5, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge