UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
UNITED STATES OF AMERICA :
:
-against- :     **ORDER**
:
:
Nathaniel Syville :     21 Cr. 765 (RA)
:     Docket #
------------------------------------x

__Ronnie Abrams__, **DISTRICT JUDGE:**
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, David Greenfield is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC April 19, 2022.

**SO ORDERED.**

_/s/_

**UNITED STATES DISTRICT JUDGE**

**Dated:** **New York, New York**
April 19, 2022