

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2022

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The conference is adjourned to August 5, 2022 at 11:30 a.m. Time is excluded until August 5, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> May 26, 2022

**Re: *United States v. Syville*, 21 Crim. 765 (RA)**

Dear Judge Abrams:

    The parties write jointly to seek a 60-day adjournment of the status conference currently scheduled for June 2, 2022 because the parties are actively discussing a pretrial resolution.

    The Government also respectfully requests that time be excluded under the Speedy Trial Act between June 2 and the date of the next conference. An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review discovery and the parties to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

                                  Respectfully Submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

                     by: */s/ Kevin Mead*
                         Kevin Mead
                         Assistant United States Attorney
                         (212) 637-2211

CC:    David Greenfield, Counsel for Nathanael Syville (by ECF)