LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

August 31, 2022

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
  Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The conference scheduled for September 6, 2022 is adjourned to October 28, 2022 at 10:30 a.m. The Court adopts the proposed motion schedule. Time is excluded until October 28, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> _____
> Ronnie Abrams, U.S.D.J.
> August 31, 2022

Re: **United States v. Nathaneil Syville**, 21-cr-765 (RA)

Dear Judge Abrams:

    I am counsel to Nathaneil Syville.  I write, with the consent of the government, to respectfully request that the Court adjourn the status conference currently scheduled for September 6, 2022.

    The parties further request that the Court set a pretrial motion scheduled. If acceptable to the Court, the parties propose that any pretrial motions be due November 5, opposition briefs due November 25 and replies December 2, 2022.

    The parties defer to the Court as to when to schedule the next conference.

    The defense also consents to the exclusion of Speedy Trial time to the next stats conference.

Respectfully submitted,

/s/

David S. Greenfield

cc: All Parties (via ECF)