LAW OFFICES<br>
DAVID S. GREENFIELD<br>
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013<br>
(212) 481-9350<br>
TELECOPIER (212) 571-5507

May 2, 2023

<u>**VIA ECF**</u>

Hon. Ronnie Abrams
United States District Judge
  Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Nathaniel Syville, 21-cr-765 (RA)</u>

Dear Judge Abrams:

    I am counsel to Nathaniel Syville. I write, with the consent of the government, to respectfully request that the Court adjourn Mr. Syville's sentencing, currently scheduled for May 19, 2023, for approximately 45-days.

    I am still in the process of collecting materials that I believe are necessary to prepare a thorough sentencing submission on Mr. Syville's behalf. Those materials include letters of support from those who know Mr. Syville.

    Therefore, with no objection from the government, the defense respectfully requests a 45-day adjournment of Mr. Syville's sentencing.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

David S. Greenfield

cc: All Parties (via ECF)

Application granted. The sentence is adjourned to July 6, 2023 at 2:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 3, 2023